UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00015-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **RONALD LYNN BYRD,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Continue and to Assign Defendant's Cases to the Same Judge, which has been docketed as a Motion to Consolidate Cases. Having considered defendant's motion and reviewed the pleadings, and it appearing that the case assigned to Judge Conrad, United States v. Byrd, 3:12cr274, is the lower numbered case, the court will transfer this related matter to Judge Conrad in accordance with L.Crim.R. 20.1.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue and to Assign Defendant's Cases to the Same Judge (#43), which has been docketed as a Motion to Consolidate Cases, is GRANTED and this matter is transferred to Judge Conrad.

Signed: February 12, 2016

Max O. Cogburn Jr.
United States District Judge